UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:<br><br>IRENE GONZALEZ | No. 1:14-MC-35-MJS<br><br>**ORDER TO SHOW CAUSE REGARDING FAILURE TO APPEAR FOR JURY DUTY** |

Irene Gonzalez, having been summoned for jury duty in this District on April 15, 2014 and again on May 6, 2014, and not having appeared for same, is hereby ORDERED TO APPEAR before Magistrate Judge Michael J. Seng in Courtroom No. 6 of the United States District Court, 2500 Tulare Avenue, Fresno, California, on May 30, 2014 at 9:30 a.m., and Show Cause why she should not be held in contempt for failure to appear as summoned and comply with her jury service obligations.

Irene Gonzalez is advised that any person who fails to show good cause for noncompliance with a jury summons may be fined not more than $1000.00, imprisoned not more than three days, ordered to perform community service, or any combination thereof. 28 U.S.C. Section 1866 (g).

1 | **The Clerk's Office is directed to forward a copy of this Order to Show Cause
2 | to the address on file for Irene Gonzalez.**

IT IS SO ORDERED.

Dated:   May 7, 2014                   /s/ *Michael J. Seng*
                                       UNITED STATES MAGISTRATE JUDGE